# Affidavit in Support of Criminal Complaint

1. I, Chris Moon, being duly sworn, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), the U.S. Justice Department and have been so employed since July 2015. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) and am empowered by law to conduct investigations of, and to make arrests for violations of federal laws, including, but not limited to, Title 18, U.S. Code, Section 922(g). I successfully completed the Criminal Investigations Training Program ("CITP") and the ATF National Academy Special Agent Basic Training ("SABT") at the Federal Law Enforcement Training Center. Previous to this employment, I was employed with Conyers Police Department for eleven (11) years. I was assigned to the Conyers Police Department Criminal Investigations Division for nine (9) of the eleven (11) years. During this time I participated in numerous criminal investigations that included the crimes of murder, armed robbery, aggravated assault, rape, child molestation, and drug trafficking.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant for Ronald Harris also known as "3rd," for being a felon in possession of a firearm, in violation of Title 18, United States Code Section 922(g)(1).

3. On June 5, 2022, at approximately 0237 hours, Chattanooga Police Department ("CPD") officers responded to a "shots fired" call at 2125 McCallie Avenue in Chattanooga. Upon arrival, CPD located a large crowd of people in the street and several victims on scene suffering from gunshot wounds. One male victim was pronounced deceased on scene. Another victim was pronounced deceased after being transported to Erlanger Hospital. Other victims that were on scene were taken to Erlanger Hospital and Parkridge Hospital by personal vehicle. At

this point, CPD secured the crime scene and called for the CPD Violent Crimes Bureau ("VCB") to respond. ATF also responded to the scene.

4. CPD VCB observed numerous spent shell casings on the ground and located a blue Chevy Suburban backed into a parking space in the Walgreens parking lot across the street from the incident location. The blue Chevrolet Suburban was determined to be stolen. The vehicle was secured and towed to the Police Service Center for processing.

5. CPD VCB reviewed camera footage from the Walgreens across from 2125 McCallie Ave. From the footage, CPD VCB learned that at approximately 0207 hours, the blue Chevy Suburban arrived at the Walgreens and backing into a parking space. A black male with a white shirt, khaki pants, white shoes, and a white hat, a second black male wearing a black shirt and red shorts, and a third black male wearing a sports jersey with the number 14 and white shorts exited the vehicle and walked toward the incident location. The black male with a white shirt, khaki pants, white shoes, and a white hat walked around the parking lot with a black rifle[1] in his hand. He then walked in between two other vehicles in the parking lot and walked back to the parking lot with a mask on. He was no longer wearing the white hat when he returned to the parking lot. He then walked out of view of the camera toward the incident location, and the shooting occurred. Video from a Facebook Live video was obtained of the black male with a white shirt, khaki pants, white shoes, and mask holding a rifle in his hand while standing in the street on McCallie Avenue in front of Mary's Bar and Grill. He walked around the crowd while holding the gun. The black male with a black shirt and red shorts is seen standing with him. The male with the mask and gun was identified as Rodney Harris, also known as "3rd," a federally convicted felon. The black male wearing the jersey with the number 14 was identified as Garrian

---

[1] While referred to as a "rifle" throughout this affidavit based on its appearance from the video, the firearm is actually an AR pistol.

King, also known as "Big G", a federally convicted felon. The black male wearing a black shirt and red shorts was identified as a known member of the Gangster Disciples street gang. King and Harris are known members of the Rollin 60 Crips street gang.

6. At approximately 0237 hours, Chattanooga Police personnel arrived on scene at 2125 McCallie Avenue and located several victims with gunshot wounds. One of those victims was Harris, who was laying in the street with the same clothes described above and the black mask on his head when the officers arrived. The rifle he was seen carrying was not located at the scene.

7. Video surveillance showed that King got into side front door of a white Land Rover SUV that is parked in the Walgreens parking lot. The Land Rover SUV drove off through the parking lot towards South Willow Street. At approximately 0240 hours it returned, and King got into the passenger side front door of the white Land Rover. When he got into the Land Rover, King appeared to be carrying the rifle that Harris had prior to the shooting. The white Land Rover then left the scene heading through the parking lot towards South Willow Street.

8. On June 7, 2022, CPD located a white Land Rover matching the one seen on camera the night of the homicides parked at King's residence. King was present at the address. CPD, with help from the Federal Bureau of Investigation ("FBI"), interviewed King, and King admitted that he was on scene on McCallie Ave. the night of the shooting. King further admitted that, after the shooting occurred, he picked up the rifle that Harris had, got into the passenger seat of the white Land Rover, and fled the scene. King admitted that he bought the rifle on May 28, 2022, for $800. King stated that he then drove to an unknown address on Milne Street and sold the rifle to a black male named "Dre" for $500. Law enforcement, however, determined the defendant was not truthful regarding what he did with the rifle, and they tracked the rifle to an

address in Collegedale, Tennessee. The rifle was taken from the Collegedale address before law enforcement executed a search warrant on that address, but law enforcement was able to contact the person who took it from the Collegedale residence. The person who took the rifle from the Collegedale residence did not want to meet CPD, so he left the rifle at an agreed-upon location, and CPD recovered it there.

9. The firearm was an Anderson Manufacturing AM-15, AR-pistol with an arm brace chambered in .300 Blackout. The firearm was not manufactured in the State of Tennessee.

10. On June 10, 2022, your affiant and Chattanooga Police Homicide Investigators Springer and Williams interviewed Harris at Erlanger Hospital. Harris was read his *Miranda* Rights, confirmed he understood his rights, and agreed to speak to law enforcement. Harris confirmed that he was in possession of the AR-pistol from Friday, June 3, 2022, until the shooting happened at Mary's on June 5, 2022. Harris stated that he was standing in a parking lot outside of Mary's with the ski mask on and the AR in his hand, when a car up the street began doing a burnout. Harris stated that someone then started shooting him, and he fell to the ground. Harris stated that he tried to stand up, and someone started shooting him again. Harris did not remember firing the Anderson AM-15 and did not know what happened to it after he fell to the ground a second time. There were twelve (12) .300 Blackout fired cartridge casings located at the scene. Harris confirmed that he was a previously convicted felon at the time of this incident.

11. Prior to his possession of the firearm described above, Harris was a convicted felon. On April 28, 2014, the defendant was convicted of Conspiracy of Crack Cocaine Distribution by a District Court in the Eastern District of Tennessee.

12. Based on his training and experience, affiant is aware that the firearm the defendant possessed was manufactured outside the state of Tennessee and, therefore, did travel in and affect interstate and/or foreign commerce.

13. Based upon the foregoing, affiant submits there is probable cause to charge and arrest Ronald Harris, also known as "3rd," for being a felon in possession of a firearm, in violation of Title 18, United States Code Section 922(g)(1).

*Chris Moon*
Chris Moon
Special Agent, ATF

Sworn to and subscribed before me
This 13th day of June, 2022,

_____
CHRISTOPHER H. STEGER
U.S. MAGISTRATE JUDGE